UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**25-CR-10034-LEIBOWITZ/SNOW**
CASE NO. _____

18 U.S.C. § 111(a)(1)

UNITED STATES OF AMERICA

v.

LUIS ARNULFO OCAMPO MARTINEZ,

Defendant.
_____/

FILED BY ___BM___ D.C.
Jul 16, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INFORMATION

The United States Attorney charges that:

On or about July 1, 2025, in Monroe County, in the Southern District of Florida, the defendant,

**LUIS ARNULFO OCAMPO MARTINEZ,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with "B.C," an officer and employee of the United States and of an agency in a branch of the United States Government designated in Title 18, United States Code, Section 1114, that is, United States Border Patrol, while "B.C." was engaged in and on account of the performance of his official duties, and in the commission of the offense, did commit simple assault, in violation of Title 18, United States Code, Section 111(a)(1).

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

ANDREA MONTES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: **25-CR-10034-LEIBOWITZ/SNOW**

v.

LUIS ARNULFO OCAMPO MARTINEZ

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
Defendant.

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)
- ☐ Miami
- ☑ Key West
- ☐ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take __0__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☑ Misdemeanor
   - ☐ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Lurana S. Snow   Magistrate Case No. 4:25-mj-05030-LSS
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of N/A
10. Defendant(s) in state custody as of July 2, 2025
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _/s/ Andrea Montes_____
Andrea Montes
Assistant United States Attorney
FL Bar No.    1016182

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: LUIS ARNULFO OCAMPO MARTINEZ

**Case No**: _____

Count #1:

Assaulting, Resisting, or Impeding Certain Officers or Employees

Title 18, United States Code, Section 111(a)(1)
* **Max. Term of Imprisonment: 1 year (misdemeanor)**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 1 year**
* **Max. Fine: $ 100,000**

*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.